

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00269-CV

**IN RE** Andrea Hall **DOOLITTLE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  May 8 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On April 29, 2013, Relator Andrea Hall Doolittle filed a petition for writ of mandamus. The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-19384, styled, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.